IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Noble Maseru,

    Plaintiff(s),

vs.

University of Cincinnati,

    Defendant(s).

Case Number: 1:18cv106

Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on January 9, 2018 (Doc. 18), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired January 23, 2019, hereby ADOPTS said Report and Recommendation.

Accordingly, defendant's motion to dismiss (Doc. 7) is DENIED as MOOT.

Defendant's motion for judgment on the pleadings (Doc. 10) is DENIED.

IT IS SO ORDERED.

_Susan J. Dlott_
Judge Susan J. Dlott
United States District Court